Jeffrey A Keener 820-199
2338 North Woest St
Lima Ohio
45801

2.72

$002.72

110T

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes US Courthouse
801 West Superior Ave
Cleveland Oh 44113-1830

LEGAL MAIL